**Order entered January 10, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00540-CR
### No. 05-16-00541-CR

**JAAIBER DENZEL RANDALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-52855-L & F16-52856-L**

## ORDER

The Court has before it appellant's motion to extend time to file his pro se response.  We

**GRANT** the motion and **ORDER** his pro se response filed on or before February 3, 2017.

/s/     LANA MYERS
          JUSTICE